CITY OF KANSAS CITY, Missouri, Respondent,

v.

William D. SCHULTZ, Appellant.

No. WD 39518.

Missouri Court of Appeals, Western District.

April 26, 1988.

Robert J. Hiler, Kansas City, for appellant.

Richard N. Ward, City Atty., George Sharp, City Prosecutor, Edward B. Rucker, Asst. City Prosecutor, Kansas City, for respondent.

Before NUGENT, P.J., and COVINGTON and CLARK, JJ.

## ORDER

PER CURIAM:

Appeal from a conviction of inflicting bodily injury, in violation of § 26.13.2 of the Code of General Ordinances of Kansas City, Missouri, and from a sentence of one hundred and eighty days at the Municipal

Correctional Institute, and a fine of five hundred dollars.

Affirmed. Rule 30.25(b).